437 A.2d 1037

Russo v. Corona, et al., Appellants.

Submitted May 1, 1981. Catherine T. Martin, for appellants; Gary N. Altman, for appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.